1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6 * * *

7 MARIA ZAPATA, )
)
8 Plaintiff, )
) 2:10-cv-00680-RLH-LRL
9 v. )
) **O R D E R**
10 TARGET CORPORATION, )
)
11 Defendant. )
)
12 _____ )

13     Before the court is defendant's Motion to Continue Discovery Deadlines (#13). The court has

14 considered the motion, plaintiff's Opposition (#18), and defendant's Reply (#17). Good cause exists

15 to extend the deadlines by which defendant may designate a tuberculosis expert, plaintiff may designate

16 a rebuttal tuberculosis expert, and each party may depose the other's expert. Accordingly,

17     IT IS ORDERED that defendant's Motion to Continue Discovery Deadlines (#13) is granted to

18 the extent that the following deadlines shall now be in effect:

19     Defendant's designation of tuberculosis expert    January 4, 2011
    Plaintiff's designation of rebuttal tuberculosis expert    February 4, 2011
20     Discovery cut-off    March 4, 2011
    Dispositive motion    April 4, 2011
21     Joint Pretrial Order    May 4, 2011

22     DATED this 9th day of December, 2010.

23

24     _____
**LAWRENCE R. LEAVITT**
25 **UNITED STATES MAGISTRATE JUDGE**

26